IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| v. | 06-cr-174-bbc |
| MELVIN D. JACKSON, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Melvin D. Jackson has filed a motion under 18 U.S.C. § 3582, seeking a modification of the sentence imposed upon him on May 22, 2007 and amended on April 1, 2009.

My review of defendant's file shows that he pleaded guilty to possessing more than five grams of cocaine base (crack cocaine) with intent to distribute it, in violation of 21 U.S.C. § 841(a)(1). At sentencing, defendant was determined to be a career offender as defined in U.S.S.G. § 4B1.1(a).

In May of 2009, defendant filed a similar motion under 18 U.S.C. § 3582, which was denied on May 26, 2009 because his sentence was determined by his status as a career

1

offender and not by drug quantity. Defendant's career offender status continues to disqualify him for a reduction in his sentence. Therefore, I must deny his motion for a sentence reduction.

ORDER

IT IS ORDERED that defendant Melvin D. Jackson's motion for a sentence reduction under 18 U.S.C. § 3582 is DENIED.

Entered this 24th day of February, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge